**No. 25-20180**

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

JUSTINA GARCIA; ULYSSES VALLADARES,
*Plaintiffs – Appellees*

v.

UNITED STATES OF AMERICA,
*Defendant – Appellant.*

On Appeal from the United States District Court for the
Southern District of Texas, Houston Division
No. 4:18-cv-3196

UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE
APPELLANT'S REPLY BRIEF

JOHN G.E. MARCK
ACTING UNITED STATES ATTORNEY
ARIEL N. WILEY
Assistant United States Attorney
1000 LOUISIANA STREET,
SUITE 2300
Houston, Texas 77002
Tel: (713) 567-9344

ATTORNEYS FOR DEFENDANT-APPELLANT

Pursuant to Fed. R. App. P. 31.4, Appellant, the United States, respectfully moves for an unopposed thirty (30) day, Level 2 extension of time to file their Reply Brief.

On May 1, 2025, the United States filed a notice of appeal of the district court's memorandum and order, and final judgment. ROA.1478. On May 5, 2025, the Court issued an amended final judgment. ROA. 1484. On June 2, 2025, Appellees filed a motion for reconsideration in the district court. ROA.1489. On July 1, 2025, the United States filed an amended notice of appeal. ROA.1509. On August 29, 2025, Appellees filed a cross notice of appeal of the district court's order denying Appellees' motion for reconsideration. ROA.1512.

On May 22, 2025, the United States was notified that this case was selected by the Fifth Circuit for mediation. To attempt to reach a resolution in this case without Court intervention, the United States agreed to mediate. On August 21, 2025, the parties agreed to mediate on October 9, 2025. On August 29, 2025, the Fifth Circuit issued a briefing deadline for October 8, 2025. Since the parties were attempting to reach a resolution, the parties agreed to accept a mediator extension to November 7, 2025. When mediation was unsuccessful, the parties

attempted to mediate again on October 14, 2025, and resulted in another impasse.

The Appellant's brief was filed on December 8, 2026. Appellees filed their response brief on March 6, 2026. Appellant's Reply Brief is due on March 27, 2026.

Since Appellant filed their opening brief, undersigned counsel has two trials scheduled for the next 30 days, and undersigned counsel has several impending deadlines in other cases. Including a high-volume of emergency habeas petitions being filed. The United States, through undersigned counsel, has been diligently working on Appellant's Reply brief, but the current deadline conflicts with several other cases.

The United States respectfully requests a thirty (30) day extension of time to file the brief. This will make the new briefing deadline April 27, 2026.

This is Appellant's first extension request on the reply brief, and Appellant does not seek this extension for purposes of delay, but out of necessity, and in the interest of justice to permit Counsel for Appellant to better serve this Court. An extreme hardship will result unless the extension is granted.

This extension of time will not result in any prejudice to Appellees or cause any undue delay. Appellees are unopposed to this motion for an extension of time.

## Conclusion

The United States hereby respectfully moves for an unopposed thirty-day extension of time to file their reply brief, making their new deadline April 27, 2026.

Respectfully Submitted,

JOHN G.E. MARCK
Acting United States Attorney
Southern District of Texas

By: /s/ *Ariel N. Wiley*
    Ariel N. Wiley
    Assistant United States Attorney
    Texas Bar No. 24093366
    Federal ID No. 2554283
    1000 Louisiana, Suite 2300
    Houston, Texas 77002
    Telephone: (713) 567-9344
    Facsimile: (713) 718-3303
    Email: ariel.wiley@usdoj.gov

ATTORNEY FOR THE UNITED STATES – APPELLANT

**CERTIFICATE OF SERVICE**

I, **Ariel Nicole Wiley**, Assistant United States Attorney for the Southern District of Texas, hereby certify that I communicated with Appellees' counsel on March 16, 2026, regarding their position on this motion. Appellees are unopposed to this extension.

*/s/ Ariel N. Wiley*
**ARIEL N. WILEY**
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I, **Ariel Nicole Wiley**, Assistant United States Attorney for the Southern District of Texas, hereby certify that on March 16, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system.

*/s/ Ariel N. Wiley*
**ARIEL N. WILEY**
Assistant United States Attorney

# CERTIFICATE OF COMPLIANCE

As required by Federal Rule of Appellate Procedure 32(a)(7)(C), Rule 27 and pursuant to 5th Cir. Rule 25.2, I certify that:

1. This motion complies with the type-volume limitations of Rule 32(a)(7)(B) because this brief contains 826 words.

2. This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word 14-point Century Schoolbook font.

3. The electronic version of this motion is an exact copy of the paper version, includes the required privacy redactions under 5th Cir. Rule 25.2.13, and has been scanned and reported free of viruses by the most recent version of a commercial virus-scanning program.

*/s/ Ariel N. Wiley*
**ARIEL N. WILEY**
Assistant United States Attorney